# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 13-cv-3158-RM-KMT

MANUEL OLMOS,

    Petitioner,

v.

ERIC HOLDER JR.[1],

    Respondents.
_____

## ORDER RE: WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*
_____

This matter comes before the Court *sua sponte*. A hearing in this matter has been set for January 9, 2014 at 9:00 AM. The Court's understanding is that the Petitioner is currently in U.S. Immigration and Customs Enforcement ("ICE") custody at the ICE processing center in Aurora, Colorado. Because the Court requires Petitioner's physical presence for the hearing, the Court hereby ORDERS as follows:

    THAT the Clerk of the Court shall issue a Writ to of *Habeas Corpus Ad Testificandum* for Manuel Olmos, A-088-658-634, in order that he may appear before Judge Raymond P. Moore of the United States District Court for the District of Colorado for a hearing on his Petition, which is scheduled for January 9, 2014 at 9:00 AM at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO.

Dated this 18th day of December, 2013.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge

---

[1] Petitioner spelled Mr. Holder's first name incorrectly. The header will hereafter reflect the accurate spelling of Mr. Holder's name.