**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-03158-RM

MANUEL OLMOS,

    Petitioner,

v.

ERIC HOLDER, JR.,

    Respondent.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Doc. No. 17, filed January 17, 2013], it is

    ORDERED that Mr. Olmos's petition for a writ of habeas corpus is GRANTED by previous minute order [Doc. No. 15, filed January 9, 2014].  Costs are awarded to the Petitioner, pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 22nd day of January, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk