**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03158-RM

MANUEL OLMOS,

    Petitioner,

v.

LORETTA E. LYNCH, U.S. Attorney General,[1]

    Respondent.

---

**ORDER**

---

    This matter is before the Court on the United States Court of Appeals for the Tenth Circuit's May 18, 2015 mandate in Case Number 14-1085, *Manuel Olmos v. Eric H. Holder, Jr*. (ECF No. 32.) Subsequent to the issuance of the mandate, on May 18, 2015, the Court ordered the parties to file a joint-status report as to what further proceedings, if any, are necessary in this matter. (ECF No. 33.) The parties filed joint-status report. (ECF No. 36.)

    On November 20, 2013, Petitioner Manuel Olmos ("Olmos") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition") alleging that he is being held illegally. (ECF No. 1.) On November 21, 2013, the District of Colorado ordered Respondent to show cause as to why the application for a writ of habeas corpus should not be granted. (ECF No. 3.) Respondent filed a response. (ECF No. 10.) On January 9, 2014, the Court held proceedings as to Petitioner's application for a writ of habeas corpus. (*See* ECF No. 15.) The Court granted

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Attorney General Lynch replaces former Attorney General Eric Holder as Respondent in this matter.

Petitioner's application for writ of habeas corpus and ordered that Petitioner receive an individualized bond hearing.  (ECF Nos. 15; 17.)

Respondent filed an appeal of this matter to the Tenth Circuit.  (ECF Nos. 22; 24.)  On March 24, 2015, the Tenth Circuit reversed the Court's order granting Petitioner's application for a writ of habeas corpus.  (ECF No. 30.)  The Tenth Circuit instructs the Court to deny the petition for review.  (ECF No. 30-1 at 29.)

Upon the issuance of the mandate (ECF No. 32) and the parties' joint-status report (ECF No. 36), the Court:

(1)    DENIES Petitioner's application for writ of habeas corpus (ECF No. 1);

(2)    VACATES the Court's prior orders (ECF Nos. 15; 17) granting Petitioner's application for writ of habeas corpus; and

(3)    VOIDS the bond order issued by the Immigration Court on January 16, 2014.

DATED this 2nd day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge