**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03158-RM

MANUEL OLMOS,

    Petitioner,

v.

LORETTA E. LYNCH, U.S. Attorney General,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Raymond P. Moore entered on June 2, 2015 it is

ORDERED that the Court DENIES Petitioner's application for writ of habeas corpus (ECF No. 1) and VACATES the Court's prior orders (ECF Nos. 15; 17) granting Petitioner's application for writ of habeas corpus.

Dated at Denver, Colorado this 2nd day of June, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By: s/   A. Thomas

        Deputy Clerk